```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

| | |
|---|---|
| **GERMAINE MCMILLIAN, JR.,** | * |
| | * |
|     Petitioner, | * |
| | * |
| vs. | * CRIMINAL NO. 13-00155-JB-B |
| | * CIVIL ACTION NO. 20-00301-JB |
| **UNITED STATES OF AMERICA,** | * |
| | * |
|     Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DENIED** and that a certificate of appealability is **DENIED.**

    **DONE** this 7th day of June **2022.**

                                                **s/JEFFREY U. BEAVERSTOCK**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**